George L. Strasser     #67722
Ryan L. Eddings        #256519
**BAKER MANOCK & JENSEN, PC**
5260 North Palm Avenue, Fourth Floor
Fresno, California 93704
Telephone:  559.432.5400
Facsimile:  559.432.5620

Attorneys for AMERICAN FIBER & FINISHING, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMAN MATRIX SCIENCES, LLC, a California limited liability company<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN FIBER & FINISHING, INC., a Delaware corporation; and DOES 1 through 30, inclusive<br><br>Defendants. | Case No.: 1:08-CV-00743-OWW-DLB<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN FIBER & FINISHING, INC., TO FILE ITS RESPONSIVE PLEADING AND ORDER THEREON**<br><br>[No Hearing Required]<br><br>ACTION FILED:     May 30, 2008 |

WHEREAS Defendant AMERICAN FIBER & FINISHING, INC., a Delaware Corporation ("American Fiber") was served with Summons and Complaint in this matter on June 13, 2008, and its response to the Complaint is due on July 3, 2008;

WHEREAS American Fiber has retained George L. Strasser of the law firm of Baker, Manock & Jensen, P.C., to defend it in this action;

WHEREAS the parties hereto have not sought nor obtained any extensions of time to respond to the Complaint;

Pursuant to Local Rule 6-144(a) of the United States District Court for the Eastern District of California, Plaintiff HUMAN MATRIX SCIENCES, LLC, a California limited liability partnership, by and through its attorneys of record, and American Fiber, by and through

1

its attorneys of record, do hereby stipulate as follows:

Defendant American Fiber shall have an extension of twenty-nine (29) days to file and serve its responsive pleading to Plaintiff's Complaint, until and including August 1, 2008. If an Amended Complaint is permitted to be filed on or before that date, Defendant American Fiber shall have ten days after service of the Amended Complaint, or the remaining period covered by this stipulation, whichever is longer, to respond to the Amended Complaint unless otherwise ordered by the Court. Defendant American Fiber's time to respond to the Amended Complaint, if any, shall be further extended for service, as applicable, under Federal Rule of Civil Procedure 5(b)(2)(B), (C) and/or (D).

DATED: July 1, 2008.

BAKER MANOCK & JENSEN, PC

By /s/ Ryan L. Eddings
George L. Strasser
Ryan L. Eddings
Attorneys for AMERICAN FIBER & FINISHING, INC.

DATED: July 1, 2008.

KIMBLE, MacMICHAEL & UPTON

By /s/ Olivia M. Wright
Robert H. Scribner
Attorney for HUMAN MATRIX SCIENCES, LLC

ORDER

IT IS SO ORDERED.

DATED: 2 July, 2008                     /s/ Dennis L. Beck
Dennis L. Beck
U.S. Magistrate Judge

DMS: 649393_1

2

STIPULATION EXTENDING TIME FOR DEFENDANT AMERICAN FIBER & FINISHING, INC., TO FILE AND SERVE ITS RESPONSIVE PLEADING