ROBERT H. SCRIBNER  58260
OLIVIA M. WRIGHT  240200
JEREMY D. CLAR  234238
KIMBLE, MacMICHAEL & UPTON
A Professional Corporation
5260 North Palm, Suite 221
Post Office Box 9489
Fresno, California  93792-9489
Telephone:  (559) 435-5500
Facsimile:   (559) 435-1500

Attorneys for Plaintiff,
HUMAN MATRIX SCIENCES, LLC,
a California limited liability company

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

* * *

| | |
|---|---|
| HUMAN MATRIX SCIENCES, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>AMERICAN FIBER & FINISHING, INC., a Delaware corporation; and DOES 1 through 30, inclusive,<br><br>　　　　Defendants. | Case No.: 1:08-CV-00743-OWW-DLB<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION** |

　　　　IT IS HEREBY STIPULATED, by and between plaintiff HUMAN MATRIX SCIENCES, LLC, a California limited liability company, and defendant AMERICAN FIBER & FINISHING, INC., a Delaware corporation, through their respective counsel, that the above-captioned action be and hereby is voluntarily dismissed in its entirety by all parties, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41, each party bearing its own costs and attorneys' fees, pursuant to a settlement agreement executed by the parties hereto.  The Court shall retain jurisdiction to enforce the terms of the settlement agreement between the parties resolving the matters disputed herein, including, but not limited to the opening and/or

PDF created with pdfFactory trial version www.pdffactory.com

LAW OFFICES
Kimble, MacMichael
& Upton
A PROFESSIONAL CORPORATION
5260 NORTH PALM AVENUE
SUITE 221
P. O. Box 9489
FRESNO, CA 93792-9489

reinstating of this action in order to effect the terms of the settlement agreement, as the court may deem appropriate.

Dated: March __2__, 2009

          KIMBLE, MacMICHAEL & UPTON
          A Professional Corporation

          By /s/ Olivia M. Wright
            For ROBERT H. SCRIBNER
          Attorneys for Plaintiff,
          HUMAN MATRIX SCIENCES, LLC,

Dated: February __26__, 2009        BAKER, MANOCK & JENSEN, PC

          By /s/ George L. Strasser
            GEORGE STRASSER
          Attorneys for Defendant
          AMERICAN FIBER & FINISHING, INC.

IT IS SO ORDERED

Dated: March 11, 2009.         /s/ OLIVER W. WANGER
                              OLIVER W. WANGER
                              UNITED STATES DISTRICT JUDGE

11499.0000033850.000

PDF created with pdfFactory trial version www.pdffactory.com